STATE of Missouri, **Plaintiff/Respondent,**

v.

Donald Wayne MORRIS, **Defendant/Appellant.**

Donald Wayne MORRIS, **Movant/Appellant,**

v.

STATE of Missouri, **Respondent.**

Nos. 58150, 59861.

Missouri Court of Appeals, Eastern District, Division Two.

April 21, 1992.

Brad B. Baker, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

### ORDER

PER CURIAM.

Defendant was charged with twelve counts of kidnapping, armed criminal action, unlawful use of a weapon, attempted murder, and assault. He was convicted on counts 1–8 and acquitted on counts 9–12.

Defendant appeals the judgments entered on his convictions, as well as the denial of his post-conviction relief motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).